RECEIVED
MAY - 2 2018
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

DAVID Irwin,
    Plaintiff,

v.

St. Ann Police Dept
    Defendant(s).

Case No. _____

MOTION FOR APPOINTMENT OF COUNSEL
AND AFFIDAVIT IN SUPPORT

I, David Irwin, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____5-2_____, 2018.

_____
Signature of Plaintiff