**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DAVID IRWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   No. 4:18-CV-00707-JCH |
| | ) |
| ST. ANN POLICE DEPT., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 22nd day of May, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE